IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:16-cv-3460 -SEB-MJD |
| ) | |
| HOSPIRA, INC., ) | |
| ) | |
| Defendant. ) | |

## SUMMONS

TO:   HOSPIRA, INC.
        Highest Officer Found
        275 North Field Drive
        Lake Forest, IL 60045

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Jan M. Carroll
Anne N. DePrez
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone:  317-236-1313

an answer to the complaint which is herewith served upon you, within  21   days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

*CLERK OF COURT, Laura A. Briggs*

BY: _____
        *Deputy Clerk*

12/22/2016
_____
DATE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:16-cv-3460 -SEB-MJD |
| ) | |
| HOSPIRA, INC., ) | |
| ) | |
| Defendant. ) | |

# SUMMONS

TO:   HOSPIRA, INC.
          c/o its Designated Agent
          The Corporation Trust Company
          Corporation Trust Center
          1209 Orange St.
          Wilmington, DE 19801


**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Jan M. Carroll
Anne N. DePrez
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone:  317-236-1313

an answer to the complaint which is herewith served upon you, within  21  days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.



*CLERK OF COURT*, *Laura A. Briggs*

BY: _____
          *Deputy Clerk*

12/22/2016
DATE